No. 67809.—Rohde & Schwarz Sales Co., Inc. v. United States, protests 62/8989 and 62/13254 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of instruments having essential electrical elements, designed to measure the amperage of electricity, not wattage, similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.